**James E. and Deborah D. WILLIAMS, Plaintiffs/Appellants,**

v.

**Paul E. BURK, D.O., and Deaconess Health Services Corporation and Metropolitan Medical Center, Defendants/Respondents.**

No. 70936.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 1, 1997.

James F. McMullin, Clayton, for Plaintiffs/Appellants.

Ross T. Anderson, Clayton, for Defendants/Respondents.

Before AHRENS, C.J., CRANDALL, J., and JOSEPH M. ELLIS, Special Judge.

**306**

## ORDER

PER CURIAM.

Plaintiffs appeal from the trial court's grant of summary judgment in their action alleging medical malpractice. No error of law appears and an opinion would have no precedential value. However, the parties have been furnished with a memorandum, for their use only, explaining the reasons for this decision.

The judgment of the trial court is affirmed. Rule 84.16(b).